Chief Justice CAPPY and Justice NIGRO join this dissenting opinion.

**Paul BRANDON, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE,
Appellee.**

Supreme Court of Pennsylvania.

Sept. 26, 2003.

### ORDER

PER CURIAM.

**AND NOW,** this 26th day of September, 2003, probable jurisdiction is noted and the order appealed is affirmed.